UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA           :
                                   :    17 CR 262-LGS-6
      -against-                    :
                                   :    ORDER
Nathan Itzchaki                    :
                                   :
      Defendant                    :
                                   :
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2018
```

Lorna G. Schofield, United States District Judge:

ORDERED that the defendant's bail conditions be modified to include electronically enforced curfew instead of home detention, with equipment and hours to be set by Pretrial Services.

Dated: New York, New York
       May 14, 2018

                              SO ORDERED

                              _____
                              Lorna G. Schofield
                              United States District Judge